UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Tampa Division

CHAROLOTTE LARSON,
    Plaintiff,

v.

CITIBANK, N.A.,
    Defendant.
_____/

Case No.: _____

8:15 CV1250T 36 AEP

## COMPLAINT AND DEMAND FOR JURY TRIAL
## (INJUNCTIVE RELIEF SOUGHT)

1. Plaintiff, CHAROLOTTE LARSON, alleges violations by CITIBANK, N.A. of 47 U.S.C. §227 *et seq.*, the Telephone Consumer Protection Act ("TCPA"), and Fla. Stat. §559.55 *et. seq.*, the Florida Consumer Collection Practices Act, ("FCCPA").

### JURISDICTION AND VENUE

2. Jurisdiction and venue for purposes of this action are appropriate and conferred by 28 U.S.C. §1331.

3. The alleged violations described in the Complaint occurred in Hernando County, Florida.

### FACTUAL ALLEGATIONS

4. Plaintiff is a natural person and citizen of the State of Florida who resides in Hernando County, Florida.

5. Plaintiff is an "alleged debtor."

1

6. Plaintiff is the "called party." See *Soppet v. Enhanced Recovery Co., LLC*, 679 F.3d 637, 643 (7th Cir. 2012) reh'g denied (May 25, 2012).

7. Plaintiff is a "consumer" as defined by Florida Statute §559.55(2).

8. The debt that is the subject matter of this complaint is a "consumer debt" as defined by Florida Statute §559.55(6).

9. Defendant, CITIBANK, N.A., is a commercial bank and wholly-owned subsidiary of CITIGROUP INC., a corporation, whose principal address is 399 Park Avenue, New York, New York, 10022, and is licensed to conduct business in Florida.

10. "The TCPA is designed to protect individual consumers from receiving intrusive and unwanted telephone calls." *Mims v. Aarow Fin. Servs., LLC*, -US- 132 S.Ct. 740, 745, 181 L.Ed.2d 881 (2012).

11. CITIBANK, N.A. has been attempting to collect a debt stemming from an Office Depot credit card from Plaintiff through a campaign of telephone harassment/abuse against Plaintiff for a debt she could not afford to pay.

12. The calls alleged in this Complaint were placed by Defendant to Plaintiff's cell phone number, 321-229-2842.

13. Plaintiff was the intended recipient of these calls on her personal cell phone.

14. CITIBANK, N.A. began calling Plaintiff on an almost daily basis in an effort to collect the debt around September 2014.

15. Plaintiff logged over forty (40) calls from Defendant between February 1, 2015, and April 10, 2015, alone. See attached **EXHIBIT 1**.

16. Plaintiff expressly revoked her consent to the calls on multiple occasions, including during one call specifically made to her cell phone on or about March 2, 2015.

17. Despite Plaintiff's revocation of consent, Defendant continued to call Plaintiff on his cell phone to collect the debt.

18. CITIBANK, N.A. intentionally harassed and abused Plaintiff on numerous occasions by calling on back-to-back days, with such frequency as can reasonably be expected to harass.

19. On information and belief, the telephone calls were placed using automated telephone dialing (ATDS) or predictive dialer equipment without human intervention.

20. Each call CITIBANK, N.A. made to Plaintiff was made using an "automatic telephone dialing system" (ATDS) or predictive dialer which has the capacity to store and produce telephone numbers to be called using a random or sequential number generator; and to dial such numbers as specified by 47 U.S.C. §227(a)(1).

21. Plaintiff believes the calls were made to her via predictive dialer or an ATDS based in part on the fact that on multiple occasions an electronic voice was heard on the call. On other occasions, Plaintiff heard a brief pause before a live voice came on the line.

22. Each call alleged in this Complaint that CITIBANK, N.A. made to Plaintiff's cell phone was done so after Plaintiff revoked consent and without the express permission of Plaintiff.

23. CITIBANK, N.A. has a corporate policy to use an automatic telephone dialing system or pre-recorded or artificial voice to individuals just as they did to Plaintiff's phone in this case.

24. CITIBANK, N.A. is facing several other federal lawsuits alleging similar violations as stated in this Complaint.

25. CITIBANK, N.A.'s corporate policy provided no means for Plaintiff to have her telephone number removed from the call list.

26. Plaintiff revoked her consent to CITIBANK, N.A.'s placement of telephone calls to her cellular phone by the use of an automatic telephone dialing system and/or pre-recorded or artificial voice prior to CITIBANK, N.A.'s placement of calls.

27. None of CITIBANK, N.A.'s calls to Plaintiff's cell phone after her consent was revoked were made for "emergency purposes" as specified in 47 U.S.C. §227(b)(1)(A).

28. CITIBANK, N.A. willfully and/or knowingly violated the TCPA with respect to Plaintiff.

## COUNT I
### (Violation of the TCPA)

29. Plaintiff incorporates and re-alleges Paragraphs 1 through 28.

30. Defendant willfully violated the TCPA with respect to Plaintiff, including each of the auto-dialer calls made to Plaintiff's cellular phone after Plaintiff specifically notified Defendant to cease calling her.

31. Defendant knowingly violated the TCPA with respect to Plaintiff, including each of the auto-dialer calls made to Plaintiff's cellular phone after Plaintiff specifically notified Defendant to cease calling her.

32. Defendant repeatedly placed non-emergency telephone calls to Plaintiff using an automatic telephone dialing system or prerecorded or artificial voice without Plaintiff's prior express consent in violation of federal law, including 47 U.S.C. §227(b)(1)(A)(iii).

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the Court may deem just and proper.

## COUNT II

### (Violation of the FCCPA)

33. Plaintiff incorporates and re-alleges paragraphs 1 through 28.

34. At all times relevant to this action, CITIBANK, N.A. is subject to and must abide by the laws of the State of Florida, including Florida Statute §559.72.

35. CITIBANK, N.A. has violated Florida Statute §559.72(7) by willfully communicating with the debtor or any member of his family with such frequency as can reasonably be expected to harass the debtor or his family.

36. CITIBANK, N.A. has violated Florida Statute §559.72(7) by willfully engaging in conduct which can reasonably be expected to abuse or harass the debtor or any member of her family.

37. CITIBANK, N.A.'s actions have directly and proximately resulted in Plaintiff's prior and continuous sustaining of damages as described by Florida Statute §559.77.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable pursuant to Rule 38, *Federal Rules of civil Procedure*, and a judgment against Defendant for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the Court may deem just and proper.

Dated May 22, 2015.

Respectfully submitted,

/s/Frank H. Kerney, III, Esq.
**FRANK H. KERNEY, III, ESQ.** (FBN 88672)
TARACKS RICKMAN & ASSOCIATES
3210 W. Cypress Street
Tampa, Florida 33607
P: (813) 281-2897
F: (813) 286-4166
FKerney@TheAdvocateForYou.com
KerneyLawAssistant@theadvocateforyou.com
Trial Counsel | Counsel for Plaintiff

*Still have calls on my cell phone. Not sure how to make copies off phone. 3 of 5*

# Call Log

*This is when I started keeping records*

**Phone Service Provider:** ATT

**Account Number:** 219 671 1614

| Date | Time | Number | Description of the Call: | |
|---|---|---|---|---|
| 2/9/15 | 12:48 PM | 817-802-1496 | ~~Called~~ MISSED | |
| 2/10/15 | 1:00 PM | " " | "Missed" | |
| 2/11/15 | 1:25 PM | " " | "Missed" | |
| 2/12/15 | 4:38 PM | " " | " " | may have called them told them no today |
| 2/13/15 | 2:50 PM | " " | "Missed" | |
| 2/16/15 | 1:50 PM | " " | "Missed" | |
| 2/18/15 | 4:56 PM | " " | Missed | |
| 2/19/15 | 1:19 PM | " " | Missed | |
| 2/20/15 | 1:31 PM | " " | Missed | |
| 2/23/15 | 1:05 PM | " " | Missed | |
| 2/24/15 | 12:41 PM | " " | Missed | |
| 2/25/15 | 3:26 PM | " " | Missed | |
| 2/26/15 | 1:12 PM | " " | Missed | |
| 2/27/15 | 1:40 PM | " " | Missed | |
| 3/2/15 | 12:41 PM | 8178021496 | I called them told them to stop calling | |
| 3/6/15 | 1:29 PM | " " | Missed | |
| 3/6/15 | 4:54 PM | 817 802 1496 | I called back, told me to put my acct # in. I didn't | |
| 3/7/15 | 6:12 PM | " " | Missed | |
| 3/9/15 | 12:11 PM | " " | Missed | |
| 3/10/15 | 3:42 PM | " " | Missed | |
| 3/11/15 | 1:36 PM | " " | Missed | |
| 3/12/15 | 1:46 PM | " " | Missed | |

PLEASE CONTINUE ON BACK IF ADDITION SPACE IS NEEDED

*They have been calling me since last year. I finally had had it. They are getting said.*

# EXHIBIT 1

# Call Log    Charlotte A Larson

Phone Service Provider: 219-671-1614
Account Number: 853 1578

| Date | Time | Number | Description of the Call: |
|---|---|---|---|
| 3/16/15 | 12:02 pm | 817-802-1496 | Missed |
| 3/18/15 | 3:02 pm | " " | Missed |
| 3/19/15 | 12:11 pm | " " | Missed |
| 3/20/15 | 2:36 pm | " " | Missed |
| 3/23/15 | 2:29 pm | " " | Missed |
| 3/24/15 | 2:45 pm | " " | Missed |
| 3/25/15 | 2:50 pm | " " | Missed |
| 3/27/15 | 11:51 am | " " | Missed |
| 3/30/15 | 12:16 pm | " " | Missed |
| 3/31/15 | 12:03 pm | " " | Missed |
| 4/1/15 | 1:46 pm | " " | Missed |
| 4/2/15 | 11:54 am | " " | Missed |
| 4/3/15 | 9:30 am | " " | Called Them just asked them to list account. They told me Office Depot. I said OK. |
| 4/6 | 4:29 pm | | |
| 4/7 | 2:37 pm | | |
| 4/8 | 2:42 pm | | |
| 4/9 | 1:50 pm | | |
| 4/10 | 12:39 pm | → | This one came up William Landscape on my phone. They must have called when I was off |

PLEASE CONTINUE ON BACK IF ADDITION SPACE IS NEEDED

4/30/ I called them and they said they show no calls sent to me. Fix I was working with CCCS,