UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLOTTE LARSON,

    Plaintiff,

v.                                                    Case No: 8:15-cv-1250-T-36AEP

CITIBANK, N.A.,

    Defendant.
_____/

# **O R D E R**

This matter comes before the Court upon the Joint Stipulation to Stay Case and Compel Arbitration (Doc. 20), filed on January 26, 2016.  The parties seek to stay these proceedings pending the arbitration of the claims asserted by Plaintiff Charlotte Larson against Defendant Citibank, N.A.  Further, pursuant to the written arbitration agreement, the parties agree to binding arbitration.  Therefore, the parties request that this action be stayed pending the completion of arbitration.  The Court, having considered the motion and being fully advised in the premises, will grant the Joint Stipulation to Stay Case and Compel Arbitration.

Accordingly, it is hereby

**ORDERED**:

1.  The Joint Stipulation to Stay Case and Compel Arbitration (Doc. 20) is **GRANTED**.

2.  This case is **STAYED** pending the arbitration of Larson's claims against Citibank, N.A.

3. The parties shall file a notice informing the Court that the arbitration has been concluded, or that their dispute has otherwise been resolved, and a dismissal of this action within ten days of either of such events.

4. The Clerk is directed to terminate all pending motions and deadlines and administratively close this file.

**DONE AND ORDERED** in Tampa, Florida on January 26, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:

Counsel of Record